# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff-Appellee,

v

THOMAS JAMES LUNDY,

    Defendant-Appellant.

UNPUBLISHED
June 23, 2016

No.  325985
Oakland Circuit Court
LC No.  10-233240-FC

Before:  METER, P.J., and SHAPIRO and O'BRIEN, JJ.

SHAPIRO, J. (*concurring*)

    I concur in the result only.

                              /s/ Douglas B. Shapiro

-1-